No. 96–1491. CUSIMANO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–1538. TOLAND ET UX., DBA JOHN TOLAND CO. v. PRUDENTIAL SECURITIES INC. ET AL.;

No. 96–1731. BISHOFBERGER ET UX. v. PRUDENTIAL SECURITIES INC. ET AL.; and

No. 96–1732. JACKSON ET UX. v. PRUDENTIAL SECURITIES INC. ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–1539. LOON MOUNTAIN RECREATION CORP. v. DUBOIS ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–1542. FEDERATION FOR AMERICAN IMMIGRATION REFORM, INC. v. RENO, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–1571. KARE 11, AN NBC AFFILIATE AND A DIVISION OF COMBINED COMMUNICATIONS CORP., ET AL. v. RYTHER. C. A. 8th Cir. Certiorari denied.

No. 96–1574. PANTANI ET VIR v. RICHARDSON, COMMISSIONER OF INTERNAL REVENUE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–1639. DEMPSTER v. MUNICIPALITY OF ANCHORAGE ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1651. WCC ASSOCIATES ET AL. v. HAWAII CARPENTERS TRUST FUNDS. Sup. Ct. Haw. Certiorari denied.

No. 96–1657. MULLINS v. MANNING COAL CORP. ET AL. Sup. Ct. Ky. Certiorari denied.

No. 96–1687. ISENBERGH ET AL., CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF ISENBERGH, DECEASED v. KNIGHT-RIDDER NEWSPAPER SALES, INC., NKA NEWSPAPERS FIRST, INC., ET AL. C. A. 11th Cir. Certiorari denied.